| | |
|---|---|
| BLACK & WASHKO LLP | JONES DAY |
| Frank M. Washko (SBN 252010) | Behrooz Shariati (SBN 174436) |
| fwashko@bwlitigation.com | bshariati@jonesday.com |
| Bradford J. Black (SBN 252031) | 1755 Embarcadero Road |
| bblack@bwlitigation.com | Palo Alto, California 94303 |
| 333 Main Street, Suite 2A | Telephone: 650-739-3920 |
| San Francisco, California 94105 | Facsimile: 650-739-3900 |
| Telephone: 415-369-9423 | |
| Facsimile: 415-520-6840 | |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |
| INVENTION INVESTMENT FUND I LP, | XILINX, INC. |
| INVENTION INVESTMENT FUND II LP, | |
| INTELLECTUAL VENTURES, LLC | |
| INTELLECTUAL VENTURES MANAGEMENT LLC, | |
| INTELLECTUAL VENTURES I LLC, and | |
| INTELLECTUAL VENTURES II LLC | |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| XILINX, INC., <br><br> Plaintiff, <br><br> vs. <br><br> INVENTION INVESTMENT FUND I LP, INVENTION INVESTMENT FUND II LP, INTELLECTUAL VENTURES, LLC, INTELLECTUAL VENTURES MANAGEMENT LLC, INTELLECTUAL VENTURES I LLC, and INTELLECTUAL VENTURES II LLC, <br><br> Defendants. | Case No.: 4:11-cv-00671-LB <br><br> **STIPULATED EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

Plaintiff Xilinx, Inc. ("Plaintiff") and Defendants Invention Investment Fund I LP, Invention Investment Fund II LP, Intellectual Ventures, LLC, Intellectual Ventures Management, LLC, Intellectual

Ventures I LLC, and Intellectual Ventures II LLC (collectively, "Defendants"), pursuant to Civil Local Rules 6-1 and 6-2, respectfully request that the Court enter the following stipulation regarding the time for Defendants to answer, move, or otherwise respond to Plaintiff's Complaint. The parties now AGREE AND STIPULATE that the time for Defendants to answer, move, or otherwise respond to the Complaint is extended through and including April 11, 2011.

**1. Reason for Extension of Time.**

At the request of Defendants, the parties have met and conferred and jointly agree to the requested extension for the convenience of the parties.

**2. Prior Time Modifications.**

There have been no previous time modifications in this case.

**3. Effect of Modification.**

The requested extension will have no effect on the rest of the schedule in this action.

Respectfully submitted,

Dated: February 28, 2011

BLACK & WASHKO LLP
Frank M. Washko
Bradford J. Black


By: ___Frank M. Washko /s/___
      Frank M. Washko

Attorneys for Defendants


Dated: February 28, 2011

JONES DAY
Behrooz Shariati


By: ___Behrooz Shariati /s/___
      Behrooz Shariati

Attorneys for Plaintiff

1 | Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Frank M.
2 | Washko hereby attests that concurrence in the filing of this document has been obtained.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 28, 2011

_____
Honorable Laurel Beeler
United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Laurel Beeler]*