RECEIVED
2011 MAR 18 A 10:28
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
ND OF CA SJ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

XILINX, INC.,

        Plaintiff,

v.

INVENTION INVESTMENT FUND I, LP, et al.,

        Defendant.

CASE NO. 5:11-cv-00671

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Michael P. Stadnick, whose business address and telephone number is

Desmarais LLP
230 Park Avenue, New York, NY 10169
(212) 351-3400

and who is an active member in good standing of the bar of USDC SDNY having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendants

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 30, 2011

*Lucy H. Koh*
United States District Judge